UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CRIMINAL ACTION NO. H-07-0158 |
| CESAR HERNANDEZ GARCIA, | § § § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's Motion to Suppress Evidence (Doc. No. 16). Specifically, the motion argues that all statements, including written statements, made by Defendant to Customs and Border Protection officers or any other government officer upon his entry to the United States should be suppressed. In its response to this motion, the Government concedes that when Defendant was sent to secondary inspection and the fingerprint check indicated that Defendant was not who he claimed to be, the Defendant should have been administered *Miranda* warnings. Because the Government does not opposed Defendant's motion to suppress, it is hereby **GRANTED**.

IT IS SO ORDERED.

SIGNED this 14th day of June, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY

AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.